UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY CAMBIZACA, )<br>)<br>  Plaintiff )<br>)<br>)<br>VS. )<br>)<br>CONTINENTAL FINANCE COMPANY, )<br>LLC, )<br>)<br>  Defendant ) | 3:16-CV-00901 (JCH) |

NOTICE OF SETTLEMENT

Plaintiff, Stacy Cambizaca, hereby submits this Notice of Settlement to notify the Court that this lawsuit has settled and to respectfully request thirty (30) days in which to file a Notice of Voluntary Dismissal.

Respectfully Submitted,

By: /s/ Roderick D. Woods
Roderick D. Woods, Esq.
Attorney for Plaintiff

Roderick D. Woods, Esq.
CT Federal Bar No. ct29447
The Woods Law Firm, LLC
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
(860) 549-6275 (Tel.)
(860) 371-3242 (Fax)
rwoods@rdw-law.com

---

**THE WOODS LAW FIRM, LLC**
100 PEARL STREET, 14TH FL., HARTFORD, CT 06103 ♦ TEL (860) 549-6275 ♦ FAX (860) 371-3242 ♦ RWOODS@RDW-LAW.COM
CT JURIS NUMBER 428247
CT FEDERAL BAR NUMBER: ct29447

CERTIFICATION

I hereby certify that on November 7, 2016 a copy of the foregoing NOTICE OF SETTLEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Roderick D. Woods
Roderick D. Woods, Esq.
The Woods Law Firm, LLC
100 Pearl Street
14th Floor
Hartford, Connecticut 06103
Federal Bar #ct29447
Attorney for Plaintiff:
Stacy Cambizaca