UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STACEY CAMBIZACA,** | ) Case No. 3:16-cv-00901-JCH |
| Plaintiff, | ) <br> ) **VOLUNTARY DISMISSAL** |
| vs. | ) |
| **CONTINENTAL FINANCE COMPANY,** | ) |
| Defendant. | ) |

NOW COMES Plaintiff, STACEY CAMBIZACA ("Plaintiff"), by and through the undersigned counsel, hereby voluntarily dismisses the instant action. Plaintiff dismisses her claims with prejudice.

Dated: December 7, 2016                    RESPECTFULLY SUBMITTED,

By: /s/ Roderick D. Woods
Roderick D. Woods, Esq.
(SBN CT29447)
The Woods Law Firm, LLC
100 Pearl Street
Fourteenth Floor
Hartford, Connecticut 06103
(860) 549.6275 (Telephone)
(860) 371.3242 (Facsimile)
rwoods@rdw-law.com